■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GILLENS, Appellant. [21 NYS3d 623]—Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered May 22, 2013, convicting defendant, upon his plea of guilty, of criminal

possession of a controlled substance in the third degree, and sentencing him to a term of five years' probation, unanimously affirmed.

Defendant's claim that his plea allocution was deficient because the court omitted the word "jury" from its reference to giving up the right to a trial is a claim requiring preservation (*see People v Jackson*, 123 AD3d 634 [1st Dept 2014], *lv denied* 25 NY3d 1202 [2015]), and we decline to review this unpreserved claim in the interest of justice. As an alternative holding, we find that the record establishes the voluntariness of the plea (*see People v Tyrell*, 22 NY3d 359, 365 [2013]; *People v Harris*, 61 NY2d 9, 16-19 [1983]). Concur—Mazzarelli, J.P., Sweeny, Manzanet-Daniels and Gische, JJ.